UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-21659-Civ-GAYLES/TORRES

JAMES EDWARD JOHNSON,

    *Plaintiff*,

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    *Defendant*.

_____/

**REPORT AND RECOMMENDATION ON UNOPPOSED MOTION FOR ENTRY OF JUDGMENT UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g)**

This matter is before the Court on Defendant Kilolo Kijakazi's, the Acting Commissioner of Social Security ("Commissioner"), motion to enter a judgment with a remand of the cause to the Commissioner for further action. Commissioner cites sentence four of 42 U.S.C. § 405(g), that grants the Court power "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying or reversing the decision of the Commissioner, with or without remanding the cause for a rehearing." On remand, the Administrative Law Judge will offer the claimant an opportunity for a new hearing, further evaluate the medical opinion evidence pursuant to 20 C.F.R. §§ 404.1520(b)(2), 416.920(b)(2), and take any further action necessary to complete the administrative record. A new decision will follow.

Based on the Court's review of the motion and record, and based on the agreement of Plaintiff's counsel to a sentence four remand, the Court hereby RECOMMENDS that the motion be GRANTED and Final Judgment entered in Plaintiff's favor under 42 U.S.C. § 405(g) that remands the action to the Administrative Law Judge. The action should remain CLOSED. Based on the agreement of all parties, no objection period is contemplated.

**DONE AND SUBMITTED** in Chambers at Miami, Florida, this 16th day of November, 2023.

_____
EDWIN G. TORRES
Chief United States Magistrate Judge