UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-cv-21659-GAYLES/TORRES

JAMES EDWARD JOHNSON,

    Plaintiff,

v.

KILOLO KIJAKAZI,
**Acting Commissioner of Social Security Administration,**

    Defendant.

_____/

## ORDER

**THIS CAUSE** comes before the Court on the Report and Recommendation of Magistrate Judge Edwin G. Torres (the "Report"). [ECF No. 33]. On August 18, 2025, Plaintiff's counsel ("Petitioner") filed a Motion for Attorney Fees (the "Motion"). [ECF No. 32]. On September 16, 2025, Judge Torres issued his Report recommending the Motion be granted, both by default (as no opposition had been filed) and on its merits. [ECF No. 33]. No party has objected to the Report.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). The objected portions of the report and recommendation are accorded *de novo* review if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). As no objections have been filed, the Court reviewed the Report for clear

error. Finding no clear error, the Court agrees with Judge Torres' findings and conclusion that the Motion should be granted.

## **CONCLUSION**

Therefore, it is **ORDERED AND ADJUDGED** as follows:

(1) The Report and Recommendation, [ECF No. 33], is ADOPTED in full;

(2) Petitioner's Motion [ECF No. 32] is GRANTED. Petitioner shall be awarded attorneys' fees in the amount of $20,505.00.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of October, 2025.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE